UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 36973
   ELAINE HARRIS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-1988

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/06/2004 and was confirmed 12/29/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  66.78% from remaining funds.

      The case was paid in full 01/08/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARBANC | SECURED | 2500.00 | .00 | 2500.00 |
| CARBANC | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | SECURED | 625.00 | .00 | 625.00 |
| GREENWICH FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1530.00 | .00 | 1021.70 |
| JD BYRIDE | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 1,810.00 | | 1,810.00 |
| TOM VAUGHN | TRUSTEE | | | 343.30 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,300.00 | |
| PRIORITY | | .00 |
| SECURED | | 3,125.00 |
| UNSECURED | | 1,021.70 |
| ADMINISTRATIVE | | 1,810.00 |
| TRUSTEE COMPENSATION | | 343.30 |
| DEBTOR REFUND | | .00 |
| TOTALS | 6,300.00 | 6,300.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 36973 ELAINE HARRIS

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 36973 ELAINE HARRIS